UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

WILLIAM BRIAN SMITH                                                                      PLAINTIFF

v.                                                  CIVIL ACTION NO. 1:13-CV-158-GNS

(FIRST NAME UNKNOWN) CYNTHIA                                      DEFENDANT

### MEMORANDUM OPINION

Because Plaintiff failed to respond to Defendant's discovery requests, failed to comply with the Scheduling Order in this case, and had not taken any action in this case, such as filing a response to Defendant's motion for summary judgment, even after the Court gave him additional time to do so, the Court ordered Plaintiff to show cause in writing within 30 days why this case should not be dismissed with prejudice for failure to prosecute. That Order warned Plaintiff that his failure to comply with this Order would result in dismissal of his case.

More than 30 days have passed, and Plaintiff has failed to respond to the Court's Order. Courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962). Therefore, by separate Order, the Court will dismiss the instant action. *See* FED. R. CIV. P. 41(b) (governing involuntary dismissal).

Date:    March 4, 2015

Greg N. Stivers, Judge
United States District Court

cc:     Plaintiff, *pro se*
         Counsel of record
4416.009